On the 11
 
 th
 
 of September, the President delivered the opinion of the Court.
 

 Shippen, President:
 

 The question to be decided is, which of the parties shall pay the costs, the plaintiff having recovered less than ten pounds. The £5 act provides, that where the person suing shall obtain a verdict or judgment for debt and damages, which, without costs of suit, shall not amount to more than
 
 £5.
 
 (not having filed an oath or affirmation, before the issuing of the writ, that he truly believed the debt due, or damage sustained, exceeded that sum) he shall not recover any costs. The act extending the jurisdiction of Justices to cases not exceeding
 
 £10
 
 refers to all the provisions of the preceeding law.
 

 The intent of the Legislature was to prevent the bringing actions in this Court, for debts within the cognizance of the Justices, by imposing the payment of costs on the plaintiff, unless he had previously filed an affidavit, that he believed his demand exceeded the specified sum. This provision, however, must be confined to the plaintiff’s own demand, and not extended to the case of set-offs, which the defendant may, or may not, at his pleasure, defalc. The demand in the present case, was oftensibly above £10 ; though it was in the power of the defendant either to reduce it, or not, by setting up his counter claim. The plaintiff could not, therefore, sue before a justice, because the defendant might there lieby ; and if afterwards he was liable to be defeated in the Common Pleas, he would, in fact, be punished in costs, for resorting to the only Court, in which his action could be maintained.
 

 Wherever, therefore, an action is brought for a debt above
 
 £
 
 10, and the amount is reduced below that sum, by a set off, we think the plaintiff ought not to be charged with the costs.
 

 Judgment for plaintiff, with costs.